IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

\*

\*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### LINE SUBSTITUTING COUNSEL

**NOW COMES** James E. Clarke, Managing Attorney of Atlantic Law Group, LLC, hereby informs the court that Renee Dyson, Esquire, has left the employ of Atlantic Law Group, LLC. All cased that Ms. Dyson is attorney of record in were property of and remain the property of Atlantic Law Group, LLC. It is requested that the Court substitute the name of James E. Clarke, Esquire in the place and stead of Renee Dyson in all cases listed in the attached Exhibit.

Date: 6/30/2010

/s/ James E. Clarke_____
James E. Clarke, Esquire
Bar ID.15153
Atlantic Law Group, LLC
803 Sycolin Road, Suite 301
Leesburg, VA 20175
703-777-7101
jclarke@atlanticlawgrp.com