**UNITED STATES BANKRUPTCY COURT**
District of Maryland

## Open Cases Associated with Attorney Renee O. Dyson (Bar ID 15955) filed between 01/01/1980 and 06/25/2010

### As of Jun 25, 2010 12:11:39

| Case Num | Judge | Case Title | Filed Date | Party Represented |
|---|---|---|---|---|
| 02–57640 | NVA | Sanford Kreisler and Bask Holdings, LLC | 05/10/2002 | Federal National Mortgage Association |
| | | | | Resource Bancshares Mortgage Group, Inc. |
| 03–15055 | pm | Anne M. Bennett | 04/30/2003 | Chase Manhattan Mortgage Corporation |
| 04–16203 | JS | Leon R. Levitsky | 03/12/2004 | Bank of America |
| 04–32588 | dk | Kevin Eugene Carey | 10/04/2004 | Chase Manhattan Mortgage Corporaiton |
| 05–13899 | JS | Deborah M. Harris | 02/22/2005 | First Horizon Home Loan Corporation |
| 05–16829 | WIL | Timothy S. Waeyaert and Laura M. Waeyaert | 03/25/2005 | Homecomings Financial Network, Inc. |
| 05–19944 | dk | Emeel Azer Michael | 04/28/2005 | CitiMortgage, Inc. |
| 05–20152 | dk | Peggy L. Tilghman | 04/29/2005 | Chase Home Finance, LLC |
| | | | | Mortgage Electronic Registration Systems, Inc. |
| 05–20484 | pm | Dionne N. Yelder | 05/04/2005 | Chase Home Finance, LLC |
| 05–21159 | WIL | Melissa D. Elliott | 05/11/2005 | Credit Based &Asset Servicing &Securitization LLC |
| 05–21710 | NVA | Deneta Peters | 05/18/2005 | Chase Home Finance, LLC |
| 05–22527 | dk | Colleen P. Grafton | 05/27/2005 | National City Mortgage Company |
| 05–22717 | JS | Charles James Andrews | 06/01/2005 | Chase Home Finance, LLC |
| 05–23483 | WIL | Jonice Sarona Adams | 06/10/2005 | CitiMortgage, Inc. |
| 05–23549 | dk | Rose M. Biggus | 06/10/2005 | Chase Home Finance, LLC |
| 05–24292 | JS | Joseph J. Aro | 06/22/2005 | New Century Mortgage Corporation |
| 05–24649 | RAG | Helen M. Meade | 06/27/2005 | CitiMortgage, Inc. |
| 05–25122 | TJC | Wendell B. Bowman and Martha L. Bowman | 07/01/2005 | Chase Home Finance, LLC |
| 05–26655 | RAG | Manly M. Pierce and Paula L. Pierce | 07/25/2005 | PB Investment Corporation |
| 05–28313 | WIL | Charles Swilling | 08/17/2005 | CitiMortgage, Inc. |
| 05–31034 | JS | Thomas James Haney and Joanne Fahr Haney | 09/15/2005 | Chase Home Finance, LLC |
| 05–34143 | JS | John Louis Eliadis and Janet Rose Eliadis | 10/05/2005 | CitiMortgage, Inc. |
| 05–34801 | JS | Leroy Oden and Elaine Oden | 10/07/2005 | Chase Home Finance, LLC |
| 05–36657 | dk | Yasmin Jackson | 10/12/2005 | CitiMortgage, Inc. |
| 05–36750 | dk | Christopher M. Marshall | 10/12/2005 | CitiMortgage, Inc. |
| 05–38118 | NVA | Laurie A Testa | 10/13/2005 | Wells Fargo Bank, NA |

| Case | Judge | Debtor(s) | Date | Creditor |
|---|---|---|---|---|
| 05–39189 | dk | William E. Jones and Carrie M. Ayres–Jones | 10/14/2005 | Chase Home Finance, LLC |
| 05–40538 | TJC | Christine T. Hardy | 10/14/2005 | Chase Home Finance, LLC |
| 05–40917 | WIL | Susan Theresa Petroff | 10/14/2005 | Chase Home Finance, LLC |
| 05–41018 | pm | Anthony Banks and Melinda Claudia Lawson | 10/15/2005 | Wells Fargo Bank, NA |
| 05–41892 | NVA | Ronald Lee Williams and Betty Jean Williams | 10/15/2005 | MTGLQ Investors, L.P. |
| 05–43503 | dk | Mark David Constanza | 10/16/2005 | Chase Home Finance, LLC |
| 05–90366 | JS | Bonnie Lou Dowden and Ronald Lee Dowden | 11/22/2005 | LaSalle Bank, N.A. |
| 06–10050 | JS | Arthur W. Pugh and Nellie M. Pugh | 01/04/2006 | ABN AMRO Mortgage Group, Inc. |
| 06–10325 | RAG | Kevin Mark Sullivan | 01/23/2006 | Countrywide Home Loans, Inc. |
| 06–10523 | JS | Idjea E. Axtell | 02/02/2006 | GRP Loan, LLC |
| 06–11719 | dk | James Wesley Horne | 03/29/2006 | Chase Home Finance LLC |
| 06–12239 | TJC | Elizabeth Inyang Kingsley–Davis | 04/20/2006 | Chase Home Finance LLC |
| 06–12802 | NVA | Hopeton C. Davis | 05/17/2006 | Deutsche Bank National Trust Company, as Trustee |
| 06–13522 | RAG | Donte R. Savoy | 06/19/2006 | Chase Home Finance LLC |
| 06–13562 | NVA | Gregory L Barnes and Kendell Lenice Barnes | 06/20/2006 | Deutsche Bank National Trust Company, as Trustee New Century Mortgage Corporation |
| 06–14121 | dk | Edie Seldon Sears | 07/14/2006 | Market Street Mortgage Corporation |
| 06–15048 | WIL | Jacqueline Gilkes | 08/23/2006 | Deutsche Bank National Trust Company, as Trustee Litton Loan Servicing, L.P. |
| 06–15248 | TJC | Welvin Jerome Wills | 08/30/2006 | Morgan Stanley PMSR Whole |
| 06–15544 | WIL | Elizabeth P. Redmond | 09/11/2006 | National City Mortgage Corporation |
| 06–16532 | dk | Della Patricia Edge | 10/19/2006 | National City Mortgage Company |
| 06–16839 | WIL | Sherie Carlotta Datiles and Juanito Evangelista Datiles | 10/31/2006 | Countrywide Home Loans, Inc. |
| 06–17406 | WIL | Raymond Romanick | 11/17/2006 | Federal National Mortgage Association |
| 06–17701 | dk | Michael Propst | 11/30/2006 | TD Investments, LLC |
| 07–10207 | WIL | Willeva Easterling | 01/08/2007 | HSBC Bank USA, National Association, as Trustee |
| 07–10433 | RAG | Sherrie D Shackelford | 01/15/2007 | CitiMortgage, Inc. |
| 07–10679 | RAG | Roslyn E. Green | 01/23/2007 | CitiMortgage, Inc. |
| 07–11218 | JS | Sonji V. Roach | 02/08/2007 | CitiMortgage, Inc. |
| 07–13040 | JS | Olivia A Pugh | 04/03/2007 | Chase Home Finance LLC |
| 07–13042 | NVA | Rochelle D. Meadows | 04/03/2007 | Chase Home Finance LLC |
| 07–14255 | TJC | Lisa L. Tatem | 05/10/2007 | HSBC Bank USA, NA |
| 07–14388 | JS | Bruce S Spector | 05/14/2007 | CitiMortgage, Inc. |
| 07–14397 | pm | Robert J Higgs and Betty Jo Higgs | 05/15/2007 | Deutsche Bank National Trust Company, as Trustee |
| 07–15213 | pm | Robert F Bunn | 06/07/2007 | HSBC Bank USA, National Association, as Trustee |
| 07–16089 | NVA | Bruce David McClellan | 07/03/2007 | SFJV 2005, LLC |
| 07–16277 | NVA | Robert Ihlefeld Grant and Karen Sue Jordan– Grant | 07/10/2007 | CitiMortgage Inc |
| 07–16353 | RAG | Vivian Diane Gandy | 07/12/2007 | CitiMortgage Inc |

| Case | Judge | Debtor | Date | Creditor |
|---|---|---|---|---|
| 07–16784 | dk | Terezinha Aaron Rooks | 07/24/2007 | Midfirst Bank |
| 07–17396 | WIL | Rhonda A. Smith | 08/08/2007 | Bank of America, N.A. |
| 07–17574 | WIL | Mary B. Johnson | 08/13/2007 | Carrington Mortgage Services, LLC. |
| 07–17741 | WIL | Risha Karima Williams | 08/17/2007 | Virtual Bank |
| 07–17980 | TJC | Edward Lee Rodgers | 08/23/2007 | Deutsche Bank National Trust Company, as Trustee |
| 07–18004 | NVA | Charles White and Deanner White | 08/24/2007 | LaSalle Bank National Association, as Trustee |
| 07–18355 | dk | Ki William Coleman | 09/04/2007 | Countrywide Home Loans, Inc. |
| 07–19574 | WIL | Tamy D. Fordham | 10/01/2007 | U.S. Bank National Association, as Trustee |
| 07–20189 | JS | Kennard F. Smith | 10/17/2007 | M &T Bank |
| 07–21117 | RAG | Cateania Matthews | 11/06/2007 | HSBC Bank USA, N.A., as Trustee |
| 07–21120 | dk | Patricia G. Nelson | 11/06/2007 | JP Morgan Chase Bank, N.A., as Trustee |
| 07–21474 | RAG | Michael Demetrius Mott | 11/15/2007 | HSBC Bank USA, National Association, as Trustee |
| 07–21495 | TJC | Zane A. Harrison | 11/15/2007 | Taylor, Bean &Whitaker Mortgage Corp. |
| 07–21814 | JS | Fieldstone Mortgage Company | 11/23/2007 | America's Servicing Company |
| 07–22203 | RAG | Melvin E Wilkes | 12/03/2007 | HSBC Bank USA, N.A., as Trustee |
| 07–22448 | RAG | John J Hoffman and Donna M Hoffman | 12/07/2007 | Wells Fargo Bank, N.A., as Trustee |
| 07–22609 | WIL | Donna Marie Williams Brown | 12/12/2007 | HSBC Bank USA, N.A., as Trustee |
| 07–22670 | TJC | Catherine A. Strother | 12/13/2007 | HSBC Bank USA, N.A., as Trustee |
| 08–10221 | JS | Tina Barbosa | 01/04/2008 | Taylor, Bean &Whitaker Mortgage Corp. |
| 08–10406 | JS | George D Cole | 01/09/2008 | The Bank of New York Mellon fka The Bank of New York, as Successor to JP Morgan Chase Bank, as Trustee |
| 08–10426 | RAG | Gail Brown | 01/09/2008 | US Bank National Association, as Trustee |
| 08–10427 | WIL | Rizwana A. Spall | 01/09/2008 | Carrington Mortgage Services, LLC |
| 08–10497 | WIL | Wendy C. Williams | 01/10/2008 | HSBC Bank USA, N.A., as Trustee |
| 08–10499 | WIL | Lisa A. Allen | 01/10/2008 | Taylor Bean &Whitaker Mortgage Corp. |
| 08–10671 | RAG | Patricia Ann Petrucci | 01/16/2008 | Residential Funding Company, LLC |
| 08–11128 | RAG | Douglas W. Reitz and Wendy Reitz | 01/25/2008 | HSBC Bank USA, N.A., as Trustee |
| | | | | Litton Loan Servicing, L.P. |
| 08–11632 | JS | Ruby L Gorham | 02/06/2008 | Residential Lending Corporation (F |
| 08–11728 | pm | Oluwaseyi Babalola Sogunro | 02/07/2008 | HSBC Bank USA, N.A., as Trustee |
| 08–11768 | pm | Amalia Piter | 02/08/2008 | LaSalle Bank National Association, as Trustee |
| 08–12523 | JS | Kevin Iwao Gilbert and Lorry Ann Gilbert | 02/25/2008 | HSBC Bank USA, National Association, as Indenture Trustee |
| 08–12557 | JS | Kimberley Philica Tindal | 02/25/2008 | Mortgage Electronic Registration Systems |
| 08–12716 | pm | Rhonda Sanders | 02/27/2008 | The Bank of New York Mellon fka The Bank of New York, as Successor to JP Morgan Chase Bank, as Trustee |
| 08–13196 | NVA | Glenn R. Devor and Katherine E. Devor | 03/07/2008 | The Bank of New York Mellon fka The Bank of New York, as Successor to JP Morgan Chase Bank, as Trustee |
| 08–14383 | WIL | Barbara Demetrice Chambers–Brown | 03/31/2008 | Wilmington Finance |

| Case | Judge | Debtor | Date | Creditor |
|---|---|---|---|---|
| 08–14683 | WIL | David M Van Loozen | 04/03/2008 | Aurora Loan Services, LLC |
| 08–14712 | dk | Bernadette House | 04/04/2008 | Carrington Mortgage Services, LLC |
| 08–14721 | TJC | Anthony Hooper and Shalena Hooper | 04/04/2008 | LASALLE BANK NATIONAL ASSOCIATION c/o LITTON LOAN SERVICING, LP |
| 08–15132 | pm | Patrick S Durbin | 04/14/2008 | Countrywide Home Loans Servicing, L.P. |
| 08–15248 | TJC | Ronnie R Davis | 04/15/2008 | HSBC Bank USA, National Association, as Trustee |
| 08–15261 | dk | Agnes Marie Smith | 04/16/2008 | Wells Fargo Bank, N.A. |
| 08–16307 | WIL | Gary A. Mulkins | 05/06/2008 | Mortgage Electronic Registration Systems, Inc. |
| 08–16463 | NVA | Damien Lamon Lyles | 05/09/2008 | Aurora Loan Services, LLC |
| 08–16549 | NVA | Terry Lee Coffman and Lauren J. Coffman | 05/12/2008 | U.S. Bank, N.A. Wells Fargo Bank, N.A. |
| 08–18725 | RAG | Sterling Jerome Price | 07/02/2008 | HSBC Bank USA, N.A., as Trustee |
| 08–19819 | pm | Arlean V. Duncan | 07/31/2008 | Aurora Loan Services, LLC |
| 08–19881 | NVA | John Charles Sauer | 08/01/2008 | Aurora Loan Services, LLC |
| 08–21298 | RAG | Steven Howard Thomas | 09/03/2008 | Rockstone Capital, LLC |
| 08–21316 | dk | Samuel R. Ingenito | 09/04/2008 | HSBC Bank USA, N.A., as Trustee |
| 08–22013 | TJC | Robert Lott | 09/18/2008 | Litton Loan Servicing |
| 08–22742 | TJC | Rosalind A. Johnson | 10/02/2008 | Aurora Loan Services, LLC |
| 08–22911 | WIL | Ronald E. Edwards and Char–Dell K. Edwards | 10/06/2008 | National City Mortgage Company |
| 08–23000 | WIL | Helen Elizabeth Ballard | 10/07/2008 | Aurora Loan Services, LLC |
| 08–23232 | pm | Matthew Aaron Harps and Jennifer Schaen Harps | 10/13/2008 | Bank of America N.A. |
| 08–24115 | dk | Tony Russell Olivis and Kendra Suzanne Olivis | 10/29/2008 | The Bank of New York Mellon fka The Bank of New York, as Trustee |
| 08–24921 | NVA | Charles Everett Weimer and Marie Elaine Weimer | 11/13/2008 | Aurora Loan Services, LLC |
| 08–25039 | dk | Patricia Ann Price | 11/14/2008 | Aurora Loan Services, LLC |
| 08–25058 | NVA | Audrey Allen | 11/15/2008 | Aurora Loan Services, LLC |
| 08–25164 | JS | William Anthony McConkey | 11/17/2008 | Aurora Loan Services, LLC |
| 08–25361 | JS | Ronald D Hollenback and Denise M Hollenback | 11/20/2008 | Aurora Loan Services, LLC |
| 08–27469 | RAG | Clark Woodford, Sink Bowman | 12/31/2008 | Aurora Loan Services, LLC |
| 09–10049 | WIL | Derrick H. Richardson | 01/02/2009 | Aurora Loan Services, LLC |
| 09–10155 | JS | Samuel Artest Blow | 01/06/2009 | Deutsche Bank National Trust Company, as Indenture Trustee |
| 09–10525 | pm | Kirsten S. Simpkins | 01/12/2009 | Bank of America N.A |
| 09–11058 | TJC | Christine M. Russ | 01/22/2009 | Aurora Loan Services, LLC |
| 09–11123 | RAG | Steven Czerwinski and Selina Clow | 01/23/2009 | Aurora Loan Services, LLC |
| 09–11205 | RAG | Tsehaynesh ABI Tegene | 01/26/2009 | Aurora Loan Services, LLC |
| 09–11823 | JS | Charles R. Murray and Doreen M. Murray | 02/05/2009 | Deutsche Bank National Trust Company, as Trustee |
| 09–12555 | NVA | Vito Simone and Gail G. Simone | 02/18/2009 | The Bank of New York Mellon fka The Bank of New York, as Successor to JP Morgan Chase Bank, as Trustee |

| Case | Judge | Debtor(s) | Date | Creditor |
|---|---|---|---|---|
| 09–13373 | WIL | Melvin C Evans and Kecia P Evans | 02/28/2009 | Litton Loan Servicing |
| | | | | Sparta Special Servicing as successor to Litton Loan Servicing, L.P |
| 09–14403 | TJC | Alice T Kargbo | 03/16/2009 | Aurora Loan Services, LLC |
| 09–14533 | RAG | Winford Wesley Agee | 03/18/2009 | Aurora Loan Services, LLC |
| 09–14722 | pm | Courtland R. Wyatt | 03/20/2009 | Aurora Loan Services, LLC |
| 09–14983 | RAG | Jason Dennis | 03/24/2009 | HSBC Bank USA, National Association, as Trustee |
| 09–15123 | pm | Guy Kent Rozier and Edith Caroline Rozier | 03/26/2009 | Aurora Loan Services, LLC |
| 09–17484 | WIL | Lorna Patricia Graham | 04/28/2009 | Aurora Loan Services, LLC |
| 09–18087 | RAG | Terese Antoinette Walker | 05/06/2009 | HSBC Bank USA, National Association, as Trustee |
| 09–18215 | RAG | Beate M. Brandl | 05/08/2009 | Aurora Loan Services, LLC |
| 09–18946 | dk | Lloyd Vernon George and Tirza Elena Chavez–Pinto | 05/18/2009 | Aurora Loan Services, LLC |
| 09–19180 | NVA | Jennifer Renee Lee | 05/21/2009 | Aurora Loan Services, LLC |
| 09–19834 | NVA | Monica A. Young | 06/01/2009 | Bank of America, National Association successor by merger to LaSalle Bank National Association, as Trustee |
| 09–20579 | TJC | John Brett Ponchione and Danielle C. Ponchione | 06/11/2009 | Aurora Loan Services, LLC |
| 09–20893 | RAG | Anna Maria Kerasiotes | 06/16/2009 | Aurora Loan Services, LLC |
| 09–21277 | TJC | Virginia Fleming | 06/22/2009 | Aurora Loan Services, LLC |
| 09–21521 | TJC | Cherie Marie Frizzell | 06/25/2009 | Pentagon Federal Credit Union |
| 09–22185 | TJC | Russell Orlando Dunn and Wonda Diana Mathis–Dunn | 07/03/2009 | Aurora Loan Services LLC |
| 09–22895 | TJC | Larry Donald Standifer and Lee Ann Standifer | 07/15/2009 | The Bank of New York Mellon fka The Bank of New York, as successor to JPMorgan Chase Bank, as Trustee |
| 09–23387 | WIL | Curtis Williams Jr. | 07/22/2009 | FCI Lender Services, Inc. |
| 09–24011 | RAG | Shelly Darnell Epps | 07/30/2009 | SunTrust Mortgage, Inc. |
| 09–24419 | TJC | Timothy S English and Shannon A English | 08/05/2009 | Litton Loan Servicing, L.P. |
| 09–24958 | TJC | Bromidia Lavanderos | 08/12/2009 | Aurora Loan Services, LLC |
| 09–25155 | TJC | Donald J, Stetler | 08/14/2009 | Aurora Loan Services, LLC |
| 09–25171 | dk | Tavornia Louise Amin | 08/15/2009 | Aurora Loan Services, LLC |
| 09–25243 | WIL | Stephen C. Mapp | 08/17/2009 | Pentagon Federal Credit Union |
| 09–25832 | WIL | Rodney D Johnson | 08/25/2009 | Navy Federal Credit Union |
| 09–26852 | WIL | Sheldon Spivey | 09/08/2009 | Aurora Loan Services,LLC |
| 09–27188 | WIL | Adrian Pierre Lofton | 09/12/2009 | Aurora Loan Services, LLC |
| 09–27292 | dk | Ruth Fisher | 09/14/2009 | Aurora Loan Services, LLC |
| 09–27415 | WIL | Paul T. Moore and Nancy J. Moore | 09/16/2009 | Aurora Loan Services, LLC |
| 09–27781 | TJC | Frank Milton Mann | 09/21/2009 | Aurora Loan Services, LLC |
| 09–27788 | WIL | Donna Marie Yant | 09/21/2009 | Navy Federal Credit Union |
| 09–28261 | pm | Kristen K. Rutledge | 09/28/2009 | Navy Federal Credit Union |
| 09–28755 | dk | Danielle N. Green | 10/02/2009 | Carrington Mortgage Services, LLC., servicer and attorney in fact for: Wells Fargo Bank, N.A., as Trustee |
| 09–28810 | dk | Kimberly A. Pascua– Smrek | 10/02/2009 | Aurora Loan Services,LLC |

| | | | | |
|---|---|---|---|---|
| 09–28942 | pm | Theresa W Bolton | 10/05/2009 | HSBC Bank USA, National Association, as Trustee ("HSBC") |
| 09–29462 | TJC | Daniel Joseph Burdette and Linda Margaret Burdette | 10/12/2009 | Navy Federal Credit Union |
| 09–30014 | dk | Jeffrey A Hebditch and Caroline E Falls–Hebditch | 10/19/2009 | U.S. Bank National Association, as Trustee ("U.S. Bank") |
| 09–30055 | TJC | Rondalyn Hammond–Beatty | 10/20/2009 | Navy Federal Credit Union |
| 09–30086 | RAG | Felisha Natasha Frazier | 10/20/2009 | MTGLQ Investors, L.P. |
| 09–30552 | WIL | Earl J. Batts | 10/26/2009 | Wells Fargo Bank, N.A., as Trustee |
| 09–31177 | WIL | Dorothy Evangeline Duppins | 11/02/2009 | Navy Federal Credit Union |
| 09–31263 | TJC | Gregory C Early and Nicole D Early | 11/03/2009 | Navy Federal Credit Union |
| 09–31355 | pm | Larry Ward Plew and Cynthia Plew | 11/04/2009 | The Bank of New York Mellon Trust Company, N.A. |
| 09–31676 | WIL | Gerardo Dominguez Garcia | 11/09/2009 | Navy Federal Credit Union |
| 09–32339 | WIL | Sheila M Johnson | 11/17/2009 | Aurora Loan Services, LLC |
| 09–32374 | NVA | Dawaun Anthony Jones | 11/17/2009 | HSBC Bank USA, National Association, as Trustee under the Pooling and Servicing Agreement dated as of August 1, 2006, Fremont Home Loan Trust 2006–B |
| 09–32410 | JS | Larry Leroy Goodwin | 11/18/2009 | Aurora Loan Services, LLC |
| 09–32851 | NVA | Sherhonda Austin–Gardner | 11/24/2009 | U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee |
| 09–33361 | NVA | Otis W Cutler | 12/01/2009 | Deutsche Bank National Trust Company, as Trustee |
| | | | | HSBC Bank USA, National Association, as Trustee |
| 09–33540 | TJC | James H Jack | 12/02/2009 | Pentagon Federal Credit Union |
| 09–33714 | TJC | Maurice B. Edmonds and Angelina A. Edmonds | 12/04/2009 | Litton Loan Servicing, L.P. |
| 09–33905 | NVA | Nancy V. Jackson | 12/08/2009 | Aurora Loan Services, LLC |
| 09–34053 | pm | Willy Christopher Lopez and Jenny Marisol Lopez | 12/10/2009 | Navy Federal Credit Union |
| 09–34280 | TJC | Timothy Allen Boyer | 12/13/2009 | Navy Federal Credit Union |
| 09–34417 | dk | Michael Joseph Everett and Deborah J. Everett | 12/14/2009 | Aurora Loan Services, LLC |
| 09–34778 | pm | Shonny Solayide Ogunfiditimi | 12/18/2009 | Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee |
| 09–35534 | pm | Roxana Mero Henderson | 12/31/2009 | Navy Federal Credit Union |
| 10–10080 | TJC | Keith Allen Goodhue and Ava Lynn Kirk Goodhue | 01/04/2010 | Carrington Mortgage Services, LLC |
| 10–10308 | dk | Gifty I Arkondoh | 01/06/2010 | The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, N.A. as trustee |
| 10–10334 | JS | Catherine A Wehner McDermott | 01/07/2010 | Aurora Loan Services, LLC |
| 10–10378 | pm | James T. Hedgecock | 01/07/2010 | Aurora Loan Services LLC |
| 10–10458 | WIL | Velma Abiola Lewis | 01/08/2010 | Aurora Loan Services LLC |
| 10–10527 | WIL | Sanita Austria | 01/10/2010 | Litton Loan Servicing, L.P. |
| 10–10549 | WIL | | 01/11/2010 | Litton Loan Servicing, L.P. |

| | | | | |
|---|---|---|---|---|
| | | James Hitchcock and Holly Hitchcock | | |
| 10–10753 | WIL | Christopher A. March and Natalie D. March | 01/13/2010 | Litton Loan Servicing, L.P. |
| 10–10797 | dk | Jennifer L. Carroll | 01/13/2010 | Navy Federal Credit Union |
| 10–10852 | NVA | James W Prochazka and Phyllis A Prochazka | 01/14/2010 | Litton Loan Servicing, L.P. |
| 10–10939 | WIL | Manuel Jesus Fuentes and Ana Julia Flores | 01/15/2010 | Aurora Loan Services, LLC |
| 10–11387 | RAG | Alan Wandell | 01/21/2010 | U.S. Bank National Association, as Trustee |
| 10–11543 | WIL | Irving L Robinson and Edna J Robinson | 01/25/2010 | Aurora Loan Services, LLC |
| 10–11590 | RAG | Sheila V Burgess | 01/25/2010 | Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006– FRE1 Asset–Backed Pass–Through Certificates |
| 10–11864 | TJC | Kevin Patrick Catalan and Bernadette Marianna Catalan | 01/28/2010 | Navy Federal Credit Union |
| 10–12015 | pm | Euphemia A. Agwe | 01/29/2010 | Aurora Loan Services, LLC |
| 10–12385 | pm | Sheila Edwards Reed | 02/03/2010 | Aurora Loan Services, LLC ("Aurora") |
| 10–12700 | WIL | Josefino B. Sabio and Transcie D. Almonte | 02/09/2010 | Aurora Loan Services, LLC |
| 10–13335 | TJC | Mark Andrew Panowicz | 02/19/2010 | Navy Federal Credit Union |
| 10–13635 | JS | Robert Elliott Myers | 02/24/2010 | Aurora Loan Services, LLC ("Aurora") |
| 10–13784 | TJC | Mark Andrew Zaharko and Theresa Helen Zaharko | 02/25/2010 | First Tennessee Bank, NA |
| 10–14081 | dk | Tiffany Nghi P. Vuong | 02/28/2010 | HSBC Bank USA, National Association, as Trustee ("HSBC") |
| 10–15015 | RAG | Tony Minh Tran and Thi Lisa Nguyen | 03/11/2010 | Litton Loan Servicing, L.P. |
| 10–15210 | pm | Silvester Drake | 03/12/2010 | Aurora Loan Services, LLC |
| 10–15237 | NVA | Leon A Peters | 03/12/2010 | Carrington Mortgage Corporation, LLC |
| 10–15470 | dk | David C Mack | 03/16/2010 | The Bank of New York Mellon f/k/a The Bank of New York, as Trustee ("Bank of New York") |
| 10–15764 | JS | Annierose Joy D. Abogadie | 03/19/2010 | Aurora Loan Services, LLC ("Aurora") |
| 10–15819 | WIL | Marvin C Lewis | 03/19/2010 | Deutsche Bank National Trust Company, as Trustee ("Deutsche Bank") |
| 10–17175 | NVA | Robert Lee Austin and Erica Terrell Austin | 04/01/2010 | MidFirst Bank |
| 10–17359 | TJC | Charles Anderson | 04/05/2010 | Midland Mortgage Company |
| | | | | Midland Mortgage Company as servicing agent for |
| 10–17495 | WIL | Hye W Lee and Hyo S Lee | 04/06/2010 | The Bank of New York Mellon |
| 10–18023 | RAG | Sylvia Glover | 04/12/2010 | Lehman Brothers Bank, FSB A Federal Savings Bank |
| 10–18098 | TJC | Laren Nichole Peck | 04/13/2010 | Navy Federal Credit Union |
| 10–18327 | dk | David Collett Miller and Susan Denise Miller | 04/15/2010 | Aurora Loan Services, LLC |
| 10–18552 | JS | Carlos Antonio Nieto and Pamela Nieto | 04/19/2010 | Deutsche Bank National Trust Company as Trustee ("Deutsche Bank") |
| 10–18721 | pm | Donald Francis DeMarco and Jacqueline DeMarco | 04/20/2010 | Aurora Loan Services, LLC |

| | | | |
|---|---|---|---|
| 10–18869 JS | Tenika C Gentry | 04/22/2010 | Wells Fargo Bank, National Association, as Trustee |
| 10–19230 NVA | Robert S McCormick | 04/26/2010 | Wells Fargo Bank, N.A., as Trustee |
| 10–19450 JS | Connie E Curtis | 04/28/2010 | Wells Fargo, N.A., as Trustee |
| 10–21384 dk | Michael Eugene Meadows and Kathryn Rathell Meadows | 05/20/2010 | Aurora Loan Services, LLC ("Aurora") |
| 10–21550 RAG | Charles Edwin Venn | 05/22/2010 | Aurora Loan Services, LLC |